**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

February 28, 2011

**LETTER ORDER**

    **Re:**    **Mark Oldham v. Osprey Shipping LLC, et al.**
              **Civil Action No. 09-3451 (PGS)**

Dear Counsel:

    Please be advised that a Telephone Conference before the Undersigned has been scheduled for **March 8, 2011, at 3:00 p.m.**  Counsel for Plaintiff shall initiate the call.  Please mark your calendars accordingly and should you have any questions please call (973) 297-4887.

    **SO ORDERED.**

                                    *s/Esther Salas*
                                    **Esther Salas, U.S.M.J**